IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER S. PATTON**
**ADC #129975**                                                                                          **PLAINTIFF**

v.                                    No. 4:24-cv-588-DPM

**BISHOP, Officer, Plumerville Police**
**Department**                                                                                           **DEFENDANT**

## ORDER

Patton's mail was returned as undeliverable. *Doc. 11*. He must file a notice of his current mailing address by 10 December 2025. If he doesn't, the Court will dismiss Patton's case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2025