# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER S. PATTON**
ADC #129975                                                              **PLAINTIFF**

v.                          No. 4:24-cv-588-DPM

BISHOP, Officer, Plumerville Police
Department                                                               **DEFENDANT**

## ORDER

The Court warned Patton that if he did not update his address by 10 December 2025, then the Court would dismiss his amended complaint without prejudice. *Doc. 12*. He has not responded, and the time to do so has passed. Patton's amended complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025