# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CHRISTOPHER S. PATTON
ADC #129975                                                              PLAINTIFF

v.                          No. 4:24-cv-588-DPM

BISHOP, Officer, Plumerville Police
Department                                                               DEFENDANT

## JUDGMENT

Patton's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025